## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| FRANK SCOTT DABNEY | ) | CASE NO.  13-04227-jw |
| KATHRYN HARRELLE DABNEY | ) | CHAPTER 13 |
| DEBTORS | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002**

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Neal A. Collins
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217
Bankruptcy@brockandscott.com

as counsel for Bank of America, N.A. , a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

/s/ Neal A. Collins
Neal A. Collins
State Bar Number 36689

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

Mr. J. Steven Huggins
2170 Ashley Phosphate Rd
First Citizens Bldg., Suite 405
Charleston, SC 29406

James M Wyman
1835 Assembly Street
Suite 953
Columbia, SC 29201

This 22nd day of August, 2013

/s/ Lauren Johns
Lauren Johns
Paralegal
Brock & Scott, PLLC