UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
FRANK SCOTT DABNEY ) CASE NO: 13-04227
KATHRYN HARRELLE DABNEY ) CHAPTER: 13
 )
 ) STATEMENT OF CHANGE
 )
_____DEBTOR._____ )

In accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned hereby amends Debtors Schedule J as follows:

1)   Amended Schedule J:   To amended schedule to change expenses on line items 3, 5, 6, 7, 8, 9, and 17, reducing discretionary expenses to allow for payment of private school tuition..

DATE___9/30/13'___

/s/ J. Steven Huggins
Signature of Attorney

J. Steven Huggins, Esq.
Moss & Associates Attorneys, P.A.
816 Elmwood Ave. Columbia, SC 29201
(803)933-0202

_7089_
District Court I.D. Number

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
FRANK SCOTT DABNEY ) CASE NO: 13-04227
KATHRYN HARRELLE DABNEY ) CHAPTER: 13
)
)
)
_____DEBTOR._____ )

CERTIFICATE OF SERVICE

    THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING AMENDED SCHEDULE J TO ALL CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID AS WELL AS THE CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE AS LISTED BELOW.

DATE____9/30/13____

/s/ Roger K. Pruitt
Moss and Associates Attorneys, P.A.
816 Elmwood Avenue
Columbia, SC 29201

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
FRANK SCOTT DABNEY ) CASE NO: 13-04227
KATHRYN HARRELLE DABNEY ) CHAPTER: 13
)
) AMENDED DECLARATION
) CONCERNING DEBTOR'S
) SCHEDULES
)
_____DEBTOR._____ )

I declare that I have read the foregoing Amended Schedule J and it is true and correct to the best of my knowledge, information, and belief.

DATE ___September 30, 2013___     /s/ Frank Scott Dabney
                                  Debtor

                                  /s/ Kathryn Harrelle Dabney
                                  Debtor

B6J (Official Form 6J) (12/07)

In re  **Frank Scott Dabney**
       **Kathryn Harrelle Dabney**                                    Case No. **13-04227**
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| # | Item | Amount |
|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $2,229.63 |
|   | a. Are real estate taxes included? Yes ___ No X |  |
|   | b. Is property insurance included? Yes ___ No X |  |
| 2. | Utilities: a. Electricity and heating fuel | $250.00 |
|   | b. Water and sewer | $50.00 |
|   | c. Telephone | $0.00 |
|   | d. Other  See Detailed Expense Attachment | $100.00 |
| 3. | Home maintenance (repairs and upkeep) | $0.00 |
| 4. | Food | $450.00 |
| 5. | Clothing | $25.00 |
| 6. | Laundry and dry cleaning | $20.00 |
| 7. | Medical and dental expenses | $55.00 |
| 8. | Transportation (not including car payments) | $75.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | $0.00 |
| 10. | Charitable contributions | $0.00 |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) |  |
|   | a. Homeowner's or renter's | $125.00 |
|   | b. Life | $28.10 |
|   | c. Health | $0.00 |
|   | d. Auto | $0.00 |
|   | e. Other | $0.00 |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) |  |
|   | (Specify)  See Detailed Expense Attachment | $160.00 |
| 13. | Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) |  |
|   | a. Auto | $0.00 |
|   | b. Other | $0.00 |
|   | c. Other | $0.00 |
| 14. | Alimony, maintenance, and support paid to others | $0.00 |
| 15. | Payments for support of additional dependents not living at your home | $0.00 |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | $9,000.82 |
| 17. | Other  DAUGHTERS TUITION TO BLESSED SACRAMENT SCHOOL | $416.67 |
|   | Other  BUSINESS INCOME FOR SON | $1,980.00 |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $14,965.22 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    DEBTORS DO NOT ANTICIPATE ANY CHANGES TO EXPENSES OF GREATER THAN 5% WITHIN THE NEXT YEAR.

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I                $16,666.21
    b. Average monthly expenses from Line 18 above                      $14,965.22
    c. Monthly net income (a. minus b.)                                 $1,700.99

B6J (Official Form 6J) (12/07)

In re   Frank Scott Dabney
      Kathryn Harrelle Dabney                                  Case No.   **13-04227**

                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| CABLE | $ 60.00 |
| INTERNET | $ 40.00 |
| **Total Other Utility Expenditures** | $ 100.00 |

**Specific Tax Expenditures:**

| | |
|---|---|
| AUTO PROPERTY TAXES | $ 60.00 |
| REAL PROPERTY TAXES | $ 100.00 |
| **Total Tax Expenditures** | $ 160.00 |