UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                              )
Frank Scott Dabney                                  )    CASE NO:  13-04227 jw
Kathryn Harrelle Dabney                             )    CHAPTER:  13
                                                    )
                                                    )    STATEMENT OF CHANGE
                                                    )
_____DEBTOR._____       )

In accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned hereby amends Schedule J as follows:

1)    Amended Schedule J:    To amended schedule to change reduce current monthly business expenses.

DATE___12/3/13___                          /s/ Heather S. Bailey_____
                                           Signature of Attorney

                                           Heather S. Bailey, Esq._____
                                           Moss & Associates Attorneys, P.A.
                                           2170 Ashley Phosphate Road, Suite 405
                                           North Charleston, South Carolina 29406
                                           (843) 744-3002


                                           _11592_____
                                           District Court I.D. Number

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Frank Scott Dabney<br>Kathryn Harrelle Dabney<br><br><br><br>_____DEBTOR._____ | )<br>)   CASE NO: __13-04227 jw__<br>)   CHAPTER: __13__<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

    THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING AMENDED SCHEDULE J TO ALL CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID AS WELL AS THE CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE AS LISTED BELOW.

DATE____12/3/13_____          __/s/ Roger K. Pruitt_____
        Moss and Associates Attorneys, P.A.
        2170 Ashley Phosphate Road, Suite 405
        North Charleston, South Carolina 29406

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
Frank Scott Dabney ) CASE NO: 13-04227 jw
Kathryn Harrelle Dabney ) CHAPTER: 13
)
) AMENDED DECLARATION
) CONCERNING DEBTOR'S
) SCHEDULES
)
_____DEBTOR._____ )

I declare that I have read the foregoing Amended Schedule J and it is true and correct to the best of my knowledge, information, and belief.

DATE    December 3, 2013           /s/ Frank Scott Dabney
                                   Debtor

                                   /s/ Kathryn Harrelle Dabney
                                   Debtor

B6J (Official Form 6J) (12/07)

In re  **Frank Scott Dabney**
       **Kathryn Harrelle Dabney**  Case No. **13-04227**
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,229.63 |
| a. Are real estate taxes included? | Yes ___  No **X** | |
| b. Is property insurance included? | Yes ___  No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ 250.00 |
| b. Water and sewer | | $ 50.00 |
| c. Telephone | | $ 0.00 |
| d. Other  **See Detailed Expense Attachment** | | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 450.00 |
| 5. Clothing | | $ 45.00 |
| 6. Laundry and dry cleaning | | $ 35.00 |
| 7. Medical and dental expenses | | $ 250.00 |
| 8. Transportation (not including car payments) | | $ 230.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 125.00 |
| b. Life | | $ 28.10 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 0.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **See Detailed Expense Attachment** | | $ 160.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 26,082.19 |
| 17. Other  **DAUGHTERS TUITION TO BLESSED SACRAMENT SCHOOL** | | $ 416.67 |
| Other _____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 30,451.59 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **DEBTORS DO NOT ANTICIPATE ANY CHANGES TO EXPENSES OF GREATER THAN 5% WITHIN THE NEXT YEAR. TRANSPORTATION EXPENSES ARE FOR WIFE TO DRIVE BACK AND FORTH TO WORK. MEDICAL EXPENSES INCREASED DUE TO DISCLOSURE OF SONS ILLNESS.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 33,201.41 |
| b. Average monthly expenses from Line 18 above | $ 30,451.59 |

**B6J (Official Form 6J) (12/07)**

c.   Monthly net income (a. minus b.)                                                                                     $ _____ **2,749.82**

B6J (Official Form 6J) (12/07)

In re  **Frank Scott Dabney**
       **Kathryn Harrelle Dabney**                                    Case No.  **13-04227**
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| CABLE | $ 60.00 |
| INTERNET | $ 40.00 |
| **Total Other Utility Expenditures** | $ 100.00 |

**Specific Tax Expenditures:**

| | |
|---|---|
| AUTO PROPERTY TAXES | $ 60.00 |
| REAL PROPERTY TAXES | $ 100.00 |
| **Total Tax Expenditures** | $ 160.00 |