FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 13-04227-JEW |
| FRANK SCOTT DABNEY § | |
| KATHRYN HARRELLE DABNEY § | |
| DEBTOR § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Specialized Loan Servicing LLC as servicing agent for the bank of new york mellon fka the bank of new york, as trustee for the certificateholders of the cwabs, inc., asset-backed certificates, series 2006-17**
Name of Transferee

BANK OF AMERICA
Name of Transferor

Name and Address where notices to transferee
Should be sent:

**Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129**

Court Claim # (if known): 10
Amount of Claim: $107,964.31
Date Claim Filed: 02/28/2014

Phone: _____
Last Four Digits of Acct.# 6280

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx8110**

Name and Address where transferee payments should
be sent (if different from above):

Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx8110**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ LynAlise K. Tannery              Date:         06/05/2014
Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 5, 2014 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Frank Scott Dabney
1844 Chelwood Circle
Charleston, SC 29407-3704

Kathryn Harrelle Dabney
1844 Chelwood Circle
Charleston SC 29407-3704

**Debtors' Attorney**
Heather S. Bailey
Moss And Associates
2170 ASHLEY PHOSPHATE RD STE 405
NORTH CHARLESTON, SC  29406-4178

**Chapter 13 Trustee**
James M. Wyman
PO Box 997
Mount Pleasant, South Carolina 29465-0997

**US Trustee**
Office of the US Trustee
1835 Assembly Street, Suite 953
Columbia, South Carolina  29201

                                            /s/ LynAlise K. Tannery
                                            LynAlise K. Tannery