# UNITED STATES BANKRUPTCY COURT

**District of South Carolina**

In re    Frank S Dabney                                              Case Number    1304227
         Kathryn Dabney

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-17 | Specialized Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
PO BOX 10826
Greenville, SC  29603-0826

Court Claim # (if known):    10
Amount of Claim:             $107,694.31
Date Claim Filed:            11/25/2013
Phone:
Last Four Digits of Acct #:  8110

Phone:    (800) 365-7107
Last Four Digits of Acct #:    9891

Name and Address where payments to transferee should be sent (if different from above):

Shellpoint Mortgage Servicing

Phone:    (800) 365-7107
Last Four Digits of Acct #:    9891

Same as above

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Wendy Duncan                              Date:    12/22/2016

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO BOX 10826<br>Greenville, SC  29603-0826 | Phone Number:    (800) 365-7107<br>Fax:                      (866) 467-1137<br>Email:    mtgbk@shellpointmtg.com |

RE: Debtor 1    Frank S Dabney
      Debtor 2    Kathryn Dabney

Case No:    1304227

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  12/22/2016.

District of South Carolina
1100 Laurel Street
Columbia, SC  29201-


James M Wyman
PO Box 997
Mount Pleasant, SC  29465-0997


Heather S Bailey
2170 Ashley Phosphate Rd
Suite 405
N. Charleston, SC  29406-


/s/ Wendy Duncan