B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of South Carolina

In re  Frank and Kathryn Dabney            ,          Case No.  13-04227

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Branch Banking and Trust | Ditech Financial LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  BB&T Bankruptcy
  PO Box 1847, Wilson, NC 27894-1847

Court Claim # (if known):  6
Amount of Claim:  $66,622.77
Date Claim Filed:  09/06/2013

Phone:  866-813-1624
Last Four Digits of Acct #:  8023

Phone:  N/A
Last Four Digits of Acct. #:  5342

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Latosha A. Moody            Date: 09/28/2017
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____ District Of South Carolina

In re Frank and Kathryn Dabney,    Case No. 13-04227

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/28/2017 (date).

| Ditech Financial LLC | Branch Banking and Trust |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/28/2017

_____
**CLERK OF THE COURT**

BB&T Confidential